IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JENNIFER ADKINS<br><br>          Plaintiff.<br><br>v.<br><br>COVENTRY HEALTH CARE, et al.<br><br>          Defendants. | Civil Action Number 3:04CV825-JRS |

## **ORDER**

THIS MATTER comes before the Court on Defendants Coventry Health Care Inc.'s ("CHC") and Southern Health Services, Inc.'s ("SHS") (collectively "Defendants") Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion is GRANTED. Accordingly, Counts One and Two of Plaintiff Jennifer Adkins' Complaint are hereby DISMISSED.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

                /s/ James R. Spencer
                UNITED STATES DISTRICT JUDGE

 June 2, 2005
DATE